# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-569 FFM | Date | January 11, 2012 |
|---|---|---|---|
| Title | MARCY L. PALMERO v. COMMISSIONER OF SOCIAL SECURITY | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed its own files and records and notes that the parties have failed to file their Joint Stipulation.

The parties are **HEREBY ORDERED** to file a Joint Stipulation within 14 days of the date of this Minute Order.  Failure to comply with the Court's Orders will result in issuance of an Order to Show Cause Re: Sanctions.

                                                                        _____ : _____

                                        Initials of Preparer        JM